IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3086 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| PEORIA DESHANE BRYE, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's unopposed motion to continue trial (filing 31) is denied.

    Dated November 6, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge