IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3086 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| PEORIA DASHANE BRYE, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has orally moved to continue his plea hearing because his counsel will be in trial and cannot attend a plea hearing on February 17, 2010.  Accordingly,

IT IS ORDERED:

1)    The defendant's motion to continue is granted in part, and defendant's plea hearing will be held before the undersigned magistrate judge on the 25th day of February, 2010, at 1:30 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.  The defendant is ordered to appear at this hearing.

2)    The Court finds the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and February 25, 2010 shall be excluded for speedy trial calculation purposes.  18 U.S.C. § 3161(h)(7).

January 25, 2010.                              BY THE COURT:
                                               s/ *Cheryl R. Zwart*
                                               Cheryl R. Zwart
                                               United States Magistrate Judge