IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PEORIA DASHANE BRYE<br><br>　　　　　　Defendant. | Case No. 4:09CR3086<br><br>Order |

　　　　Before the Court is the request for transcript of the sentencing hearing held on May 20, 2010.

　　　　IT IS ORDERED:

　　　　1.　　The request for transcript, filing [92] is granted.

　　　　2.　　Peoria Dashane Brye, is ordered to pay to the Clerk the amount of $182.50. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $182.50, a refund check will be issued.

　　　　3.　　Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on 05/20/2010. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

　　　　DATED: February 19, 2015

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge